

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-268-CV

IN RE RONALD J. HOLLEMAN                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is

of the opinion that relief should be denied.  Accordingly, relator's petition for

writ of mandamus is denied.


                                                    PER CURIAM


PANEL:  GARDNER, WALKER, and MEIER, JJ.

DELIVERED:  August 21, 2009

---

[1] *See* Tex. R. App. P. 47.4.